**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PANAMA CITY DIVISION**

THEODORE L. WHIDDEN,

     Plaintiff,

v.                                CASE NO.  5:19cv80-MCR/MJF

LOUIS S. ROBERTS, III,
and LARRY BIRGE

     Defendant.

_____/

**O R D E R**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated July 28, 2020.  ECF No. 113. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a *de novo* determination of all timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2.      The Defendants' respective Motions to Dismiss, ECF Nos. 64, 65, are

**GRANTED**;

3.      Counts Seven, Twelve, Thirteen and Fourteen of Plaintiff's second

amended complaint are **DISMISSED.**

**DONE AND ORDERED** this 9th day of November 2020.


s/ *M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**