UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

THEODORE L. WHIDDEN,

    Plaintiff,

v.                                      CASE NO.  5:19cv80-MCR-MJF

LOUIS S. ROBERTS, III,
and LARRY BIRGE,

    Defendants.
_____/

## **O R D E R**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated January 29, 2021.  ECF No. 137. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a *de novo* determination of all timely filed objections.  *See* ECF No. 140.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. Defendants' respective motions for summary judgment (ECF Nos. 83 & 84) are **GRANTED IN PART** and **DENIED IN PART**.

3. Summary judgment is granted for the respective Defendants as to Counts One, Two, Three, Four, Eight, and Eleven.

4. This court declines to exercise supplemental jurisdiction and **DISMISSES without prejudice** Whidden's remaining state law claims, namely Counts Five, Six, Nine, and Ten.

5. The clerk of the court is directed to close the case file.

**DONE AND ORDERED** this 30th day of March 2021.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**